UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 21-cr-692-02 (CKK) |
| | ) | |
| THOMAS FASSELL | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION TO ADOPT AND JOIN MOTION TO MODIFY CONDITIONS OF RELEASE FILED BY HIS CO-DEFENDANT, MARILYN FASSELL, DOCKET ENTRY # 30**

**COMES NOW**, the defendant, THOMAS FASSELL, by counsel, and moves this Court to allow the defendant to adopt Marilyn Fassell's motion to modify conditions of release to permit the possession of firearms by Mrs. Fassell. Mr. Fassell moves this court to permit him to possess firearms for the reasons stated in Mrs. Fassell's motion and because they are husband and wife and maintain joint ownership of their residence. As such, possession of firearms by Mrs. Fassell would result in joint possession by Mr. Fassell.

Granting this motion will avoid unnecessary filing of duplicative motions and promote judicial economy.

**WHEREFORE**, Defendant prays that this Court grant the defendant's request to adopt the above listed motion and responses filed by the above named co-defendant in this case.

Respectfully submitted
THOMAS FASSELL

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672

        Attorney for THOMAS FASSELL
        Law Office of Dwight E. Crawley
        1300 I. Street, NW
        Suite 400E
        Washington, DC 20005
        (202) 580-9794 Phone
        (202) 722-0246 Fax
        vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

        /s/
        _____
        Dwight E. Crawley, Esq.
        DC BAR #472672
        Attorney for THOMAS FASSELL
        Law Office of Dwight E. Crawley
        1300 I. Street, NW
        Suite 400E
        Washington, DC 20005
        (202) 580-9794 Phone
        (202) 722-0246 Fax
        vadclawyer@gmail.com