UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS FASSELL, *et al.*<br><br>Defendants. | Criminal No. 21-692 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(May 2, 2022)

The parties shall adhere to the following deadlines in this case.

| | *Deadlines* |
|---|---|
| **Discovery & Associated Deadlines** | |
| Government to complete any final discovery under present information | May 20, 2022 |
| Aspirational date for grand jury decision re: superseding information or indictment | May 20, 2022 |
| Government to complete discovery under any superseding indictment or information | May 27, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | June 10, 2022 |
| | |
| **Expert Notices & Other Crimes Evidence** | |
| Government's expert notice (FRE 701 & 702) | June 10, 2022 |
| Defendant's expert notice (FRE 701 & 702) | June 10, 2022 |
| Government's FRE 404(b) notice | June 10, 2022 |
| Defendant's response to FRE 404(b) notice | June 17, 2022 |
| *Brady* notice | June 10, 2022 |
| | |
| **Experts** | |
| Expert reports (FRE 702) | July 8, 2022 |
| Lay witness identification and subject matter (FRE 701) | July 8, 2022 |
| | |
| **Non-Evidentiary Pretrial Motions** | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | May 20, 2022 |
|     Government's response to Defendant's non-evidentiary motions | June 3, 2022 |
|     Defendant's reply as to non-evidentiary motions | June 10, 2022 |
| Government's non-evidentiary pretrial motions | May 20, 2022 |
|     Defendant's response to Government's non-evidentiary motions | June 3, 2022 |
|     Government's reply as to non-evidentiary motions | June 10, 2022 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | May 27, 2022 |
|     Government's response to Defendant's evidentiary motions | June 10, 2022 |
|     Defendant's reply as to evidentiary motions | June 17, 2022 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | May 27, 2022 |
|     Defendant's response to Government's evidentiary motions | June 10, 2022 |
|     Government's reply as to evidentiary motions | June 17, 2022 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | June 17, 2022 |
| Responses to motions *in limine* | July 1, 2022 |
| Replies as to motions *in limine* | July 8, 2022 |
| Joint notice of stipulations | July 11, 2022 |
| *Giglio* and *Jencks* material | July 15, 2022 |
| *Voir Dire* and Jury Instructions | July 11, 2022 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | July 15, 2022 |
| Defendant's witness list, exhibit list and exhibits | July 15, 2022 |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively set to begin August 23, 2022.**

    SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge