**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-692 (CKK) |
| : | |
| **THOMAS FASSELL,** : | |
| : | |
| **MARILYN FASSELL,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jason M. Crawford. AUSA Jason M. Crawford will be substituting for AUSA Amanda Jawad.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

DATED: May 12, 2022    By:    /s/ *Jason M. Crawford*
Jason M. Crawford
Assistant U.S. Attorney Detailee
DC Bar No. 1015493
175 N St. NE
Washington, D.C. 20002
(202) 598-1099
Jason.M.Crawford@usdoj.gov