# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-CR-692-CKK |
| : | |
| THOMAS FASSELL : | |
| MARILYN FASSELL, : | |
| : | |
| Defendants. : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney, Douglas Meisel, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at 202-923-7821(cell) and 202-598-2281 (office) or by email at douglas.meisel@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Meisel joins Jason Crawford, who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney DC
Bar No. 481052

By:  /s/ Douglas Meisel
Douglas Meisel
Trial Attorney, Detailee
601 D ST, NW
Washington, DC
202-923-7821
Douglas.Meisel@usdoj.gov