IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No.: 1:21-cr-00692-CKK |
| | ) | |
| | ) | |
| THOMAS FASSELL | ) | |
|     Defendant | ) | |

### **DEFENDANT'S POSITION WITH RESPECT TO SENTENCING**

COMES NOW the Defendant, THOMAS FASSELL., by and through counsel, Dwight E. Crawley, and respectfully requests that this Court sentence the defendant to probation for a term of 12 months, $500.00 restitution and 60 hours community service. Mr. Fassell timely accepted responsibility for his conduct in this matter. He did not force the government to expend enormous resources prosecuting this case at trial.

Mr. Fassell.voluntarily met with FBI agents to discuss his involvement in this this matter. In addition, he provided them with his cell-phone containing evidence of his involvement. Although illegal, Mr. Fassell's involvement did not involve the use of force or violence. He did not break any windows or cause damage to any buildings. Accordingly, his conduct should not be viewed in the same light as others.

Mr. Fassell enjoys a modest lifestyle. He is a military veteran and a member of The American Legion Post 273 Honor Guard Squad. He is actively involved in a number of community service projects. In addition, he umpires youth baseball and city league softball. Moreover, prior to this incident, he never incurred any criminal convictions.

Mr. Fassell deeply regrets the harm this matter has caused the country. He recognizes that

he will forever be linked to this crime as a search of his name via the internet clearly reveals. Probation for a term of 12 months, $500.00 restitution and 60 hours community service is appropriate in this case. It does not create unwarranted disparity between others convicted of the same crime as there are others that have not been incarcerated for the same level of conduct as Mr. Fassell. The sentence requested punishes him for his conduct while promoting respect for the law. It deters futures criminal conduct by demonstrating similar behavior will not go unpunished.

        Respectfully submitted

        THOMAS FASSELL.

        /s/
        _____

        Dwight E. Crawley
        DC Bar# 472672
        Counsel for the defendant
        Law Office of Dwight Crawley
        1300 I. Street, NW
        Suite 400E
        Washington, DC 20005
        (202) 580-9794 Phone
        (888) 804-1806 Fax
        vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

        /s/
        _____
        Dwight E. Crawley