IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 1:21-cr-00692-CKK |
| | ) | |
| | ) | |
| THOMAS FASSELL | ) | |
|     Defendant | ) | |

**NOTICE OF FILING LETTERS IN SUPPORT OF DEFENDANT**

COMES NOW the Defendant, THOMAS FASSELL., by and through counsel, Dwight E. Crawley, and respectfully files the attached letters in support of Mr. Fassell.

Respectfully submitted

THOMAS FASSELL.

/s/
_____
Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley