November 15, 2021

To:

Interested Parties

From:
John Holbert



Regarding: Tom Fassell

It is my pleasure to offer not only a personal reference yet also a professional reference on behalf of Tom Fassell.

Tom has been a member of The American Legion Post 273 Honor Guard Squad for the past three years. I have been given the duties to lead this group of incredible veterans as they perform services for our fallen soldiers.

Tom is a committed member and a vital part of our Honor Guard Squad. Tom often will perform Chaplain duties when I am absent from a service. Tom is an active recruiter for members and is there offering encouragement and support to all who have the privilege to serve with Tom.

The Honor Guard is part of funeral services at Bay Pines National Cemetery. Our duties include, prayers, words of comfort, taps and gun salute. There is no roll Tom cannot perform and he is always willing to do so when there is a need.

If I can provide any information to assist Tom, I would be willing and would welcome this opportunity. Tom is a valued member of Post 273, and I am honored to have him be an active member in our exemplary Honor Guard Squad.

Sincerely,

John A. Holbert
Captain Honor Guard Post 273
Chaplain American Legion Post 273

# *The American Legion*





November 23, 2021

To Whom it May Concern,

I am writing this letter on behalf of Mr. Tom Fassell. Mr. Fassell is a United States Air Force veteran who served honorably during the Vietnam era. After receiving his Honorable Discharge from The Air Force, Tom worked for the United States Post Office for 30 years. After his retirement in 2008 he has been very active in his community working as a youth baseball and softball umpire, volunteer at the City of Largo Golf Course and serves as a Deacon in his Church.

In addition, Tom has been an American Legion member and Honor Guard member for 8 years at Post 273, the second largest American Legion Post in the world. I know personally that Tom is totally committed to American values and patriotism that The American Legion members hold so dear. I know Tom, like all Legionnaires believe in upholding and defending the United States Constitution, equal justice and opportunity for everyone and discrimination against no one.

While I do not have personal details of Toms actions on January 6, it is my understanding that his intent was to never at any time to knowingly break the law. That is simply not the Tom Fassell we all know. I feel that his actions were simply motivated only for the love for our great nation.

Tom makes this country a better place and I pray more Americans shared the same love for country that Tom and so many of our veterans do.

Respectfully,

Michael Haygood
Commander