N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)


UNITED STATES OF AMERICA        )
                                )
                                )
                                )
v.                              )        Docket No.: 21-00692-CKK
                                )
                                )
THOMAS FASSELL                  )
      Defendant                 )


NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for Defendant, THOMAS FASSELL,

*Nunc Pro Tunc* to September 21, 2021, pursuant to the Court's appointment under the Criminal

Justice Act ("CJA").



Respectfully submitted

THOMAS FASSELL

    /s/

_____

Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW, Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

CERTIFICATE

I hereby certify that on the 4th day of January 2023, I filed this document with the Clerk of Court using the court's ECF system.  A copy of this filing was sent via the court's ECF system to all counsel of record.

/s/

_____
Dwight E. Crawley